## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. __8:21-cv-01258-JLS-JDE__                                Date __02/01/2023__

Title: __James Redgrave v. Steven Herd et al__

Present: The Honorable __Judge Josephine L. Staton__

| Holidae Crawford | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

NONE                                                         NONE

---

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☐  Case should have been closed on entry dated _____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒  Other __make JS-6__

☐  Entered _____.


Initials of Preparer     __HC__

CV-74 (10/08)                     **CIVIL MINUTES -REOPENING/CLOSING**